UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:24-cr-00075 SNLJ |
| DARRYL D. GOODMAN, | ) ) ) |
| Defendant. | ) ) |

### **ORDER**

This matter is before the Court on Defendant's Motion to Dismiss Indictment Based on Selective Enforcement [Doc. 47], Motion to Suppress Evidence [Doc. 48], Motion to Suppress Statements [Doc. 49], and Motion to Dismiss Count Two on Second Amendment Grounds [Doc. 50], all filed May 8, 2025.  Defendant also filed a Motion for Expert Witness Disclosure [Doc. 51] and Motion for Notice of 404(b) Evidence [Doc. 52].  Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Abbie Crites-Leoni, who filed a Report and Recommendation on October 27, 2025 [Doc. 67].  Defendant submitted objections thereto on November 16, 2025 [Doc. 71].

The Magistrate Judge recommends that the Defendant's Motions to Suppress and Dismiss be denied and that his discovery motions be granted in part.  In his Objections to Report and Recommendation, Defendant objects to the Magistrate Judge's recommendations and asks the Court to grant his motions.  After de novo review of this matter, this Court adopts the Magistrate Judge's Report and Recommendation.

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Abbie Crites-Leoni [Doc. 67], filed October 27, 2025, be and is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Indictment Based on Selective Enforcement [Doc. 47], Motion to Suppress Evidence [Doc. 48], Motion to Suppress Statements [Doc. 49], and Motion to Dismiss Count Two on Second Amendment Grounds [Doc. 50] are **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Expert Witness Disclosure [Doc. 51] and Motion for Notice of 404(b) Evidence [Doc. 52] are **GRANTED in part and DENIED in part**.

Dated this 25th day of November, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE